# Third District Court of Appeal
## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-993
Lower Tribunal No. 20-20749

————————

**Miriam Fernandez,**
Appellant,

vs.

**Kendall Healthcare Group, Ltd., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R Manno Schurr, Judge.

Remer & Georges-Pierre, PLLC, and Jason S. Remer, for appellant.

Carlton Fields, P.A., Alexander D. del Russo, and Dean A. Morande (West Palm Beach), for appellee.

Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.